NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                                  Case No. 2:20-cr-104-1

Bradley Lefebvre

TAKE NOTICE that the above-entitled case is scheduled for Tuesday, December 29, 2020 at 1:00 p.m. before the Honorable John M. Conroy, Magistrate Judge, for an Arraignment.

Location: Courtroom 410                                   JEFFREY S. EATON, Clerk
                                                                         By: */s/ H. Beth Cota*
                                                                             Deputy Clerk
                                                                             12/3/2020

TO:

Gregory L. Waples, AUSA

Defendant – summons issued